UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TONY D. PENWELL,  )
        ) CASE NO. C05-2106-TSZ-MAT
    Plaintiff,  )
        )
    v.  )
        ) ORDER DENYING DEFENDANTS'
REED HOLTGEERTZ, *et al.*,  ) MOTION FOR SUMMARY
        ) JUDGMENT
    Defendants.  )
        )

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, docket no. 135, to which no objections have been filed, the governing law, and the balance of the record, does hereby find and ORDER:

(1)     The Report and Recommendation is ADOPTED;

(2)     Defendants' renewed motion for summary judgment on the First Amendment, free-exercise claim (Dkts. 81, 129) is DENIED;

(3)     Plaintiff's opposition briefs in 2007 (Dkt. 96, at 13) and 2011 (Dkt. 127, at 3–5) are CONSTRUED to be motions to amend the complaint to add a Religious

ORDER DENYING DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT
PAGE -1

Land Use and Institutionalized Persons Act of 2000 ("RLUIPA") claim and are GRANTED;

(4) Plaintiff is GRANTED leave to file **within thirty (30) days of the date of this order** (a) an updated application to proceed *in forma pauperis* and (b) a renewed motion for appointment of counsel; and

(5) The Clerk of Court is directed to send copies of this Order to plaintiff and to Magistrate Judge Mary Alice Theiler.

DATED this 16th day of August, 2011.

Thomas S. Zilly
United States District Judge