UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONY D. PENWELL,<br><br>        Plaintiff,<br><br>    v.<br><br>REED HOLTGEERTZ, *et al.*,<br><br>        Defendants. | CASE NO. C05-2106-TSZ-MAT<br><br>BRIEFING SCHEDULE FOR DEFENDANTS' RENEWED/SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT |

The parties have filed a joint status report. (Dkt. 143.) The Court **ORDERS** the following briefing schedule: defendants shall file their renewed/supplemental motion for summary judgment by **May 15, 2012**, to be noted for the fourth Friday after the filing and service of the motion; plaintiff's response and defendants' optional reply are due in accordance with **Local Rule CR 7(d)(3)**. If necessary, the Court shall request the parties' input on a discovery plan and a trial date after resolution of the summary-judgment motion. The Clerk of Court is directed to send a copy of this Order to counsel for the parties.

///

BRIEFING SCHEDULE FOR DEFENDANTS'
RENEWED/SUPPLEMENTAL MOTION FOR SUMMARY
JUDGMENT
PAGE -1

01    DATED this 21st day of February, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge

BRIEFING SCHEDULE FOR DEFENDANTS'
RENEWED/SUPPLEMENTAL MOTION FOR SUMMARY
JUDGMENT
PAGE -2