UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONY D. PENWELL,<br><br>               Plaintiff,<br><br>    v.<br><br>REED HOLTGEERTS, *et al.*,<br><br>               Defendants. | CASE NO. C05-2106 TSZ-MAT<br><br>ORDER REQUESTING SUPPLEMENTAL BRIEFING, GRANTING PLAINTIFF'S MOTION FOR ADDITIONAL DISCOVERY, AND RENOTING RENEWED MOTION FOR SUMMARY JUDGMENT |

After plaintiff Tony Penwell was appointed counsel, defendants renewed their motion for summary judgment. (Dkt. 145; *see* Dkt. 81.) In opposition, Mr. Penwell moved under Federal Rule 56(d) for additional time to depose two declarants, to submit additional information, and presumably to submit a supplemental affidavit highlighting genuine questions of material fact. (Dkt. 150, at 18–19.) The Court finds that the parties have yet to address certain issues and authorities, particularly while Mr. Penwell has had representation, and that further development of the record would assist in resolving defendants' dispositive motion. The Court therefore

**ORDERS**:

ORDER REQUESTING SUPPLEMENTAL BRIEFING, GRANTING PLAINTIFF'S MOTION FOR ADDITIONAL DISCOVERY, AND RENOTING RENEWED MOTION FOR SUMMARY JUDGMENT - 1

1. The parties are **DIRECTED** to provide supplemental briefing on the following issues:

   a. In *Greene v. Solano County Jail*, 513 F.3d 982, 983 (9th Cir. 2008), the Ninth Circuit concluded that in contradiction to RLUIPA's plain language "the Claybank Jail's policy of prohibiting Greene, a maximum security prisoner, from attending group religious worship services substantially burdened his ability to exercise his religion." Although this Court specifically cited *Greene* in an earlier Report and Recommendation, the parties forego any discussion of *Greene*. The parties must provide an explanation for why *Greene* does or does not apply to Mr. Penwell's allegations.

   b. The parties should address the question of **qualified immunity**—both as to the First Amendment claim and the RLUIPA claim—and discuss the impact of *Cutter v. Wilkinson*, 544 U.S. 709, 720–21 & n.10 (2005), *Shakur v. Schriro*, 514 F.3d 878, 884–85 (9th Cir. 2008), and *Greene v. Solano County Jail*, 513 F.3d 982, 983 (9th Cir. 2008).

   c. The parties should also address the questions of **personal involvement** and lack of **respondeat superior** liability.

2. Mr. Penwell's Rule 56(d) motion to take the depositions of **Lynell Sellers** and **Merv Weidner** is **GRANTED**. The differing accounts of those declarants and of Mr. Penwell and other inmates may assist resolution of the pending summary judgment motion.

ORDER REQUESTING SUPPLEMENTAL BRIEFING, GRANTING PLAINTIFF'S MOTION FOR ADDITIONAL DISCOVERY, AND RENOTING RENEWED MOTION FOR SUMMARY JUDGMENT - 2

3.  Defendants' renewed motion for summary judgment (**Dkt. 145**) is **RENOTED** for consideration on **October 12, 2012**.

    a.  The parties' supplemental papers, including any exhibits, declarations and affidavits, are due by **October 1, 2012**.

    b.  The parties' responses are due by **October 12, 2012**.

4.  The Clerk is **DIRECTED** to provide a copy of this Order to the Honorable Thomas S. Zilly.

Dated this 31st day of July, 2012.

*/s/ Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

ORDER REQUESTING SUPPLEMENTAL BRIEFING, GRANTING PLAINTIFF'S MOTION FOR ADDITIONAL DISCOVERY, AND RENOTING RENEWED MOTION FOR SUMMARY JUDGMENT - 3